UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NICOLE RENNE HENDERSON,

    Petitioner,

v.                                       Case No: 5:23-cv-519-WFJ-PRL

SECRETARY, DEPARTMENT OF
CORRECTIONS,

    Respondent.
_____/

## ORDER OF TRANSFER

It appears from the record that the judgment of conviction against which relief is sought was entered by the Circuit Court, in and for Escambia County, Florida. Therefore, pursuant to Local Rule 1.04 and 28 U.S.C. § 2241(d), this case is transferred to the United States District Court for the Northern District of Florida for all further proceedings. The Clerk is directed to forward the case to that District and close the Ocala case.

**DONE AND ORDERED** at Tampa, Florida, on August 17, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Petitioner, pro se